UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-559-RGK (RCF) | Date | July 31, 2008 |
|---|---|---|---|
| Title | Trevon Murray v. John Aceves, Parole Agent, et al. | | |

| Present: The Honorable | RITA COYNE FEDERMAN | | |
|---|---|---|---|
| Barbara Hall | CS | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

none present                                      none present

**Proceedings:** **ORDER TO SHOW CAUSE**

On March 5, 2008, the Court issued a "Memorandum and Order Granting Petitioner's Motion to File First Amended Petition and Motion for Stay," ordering Petitioner to file and serve a status report within thirty (30) days of the Order and ever sixty (60) days thereafter. Petitioner's last Status Report was filed on April 5, 2008. Petitioner failed to file and serve his June 5, 2008, Status Report.

Within twenty-one (21) days of the date of this Order, Petitioner is ordered to show cause to the Court for his failure to timely file a Status Report.

Petitioner is cautioned that failure to timely respond to this Order to Show Cause may result in dismissal of the action.

**IT IS SO ORDERED.**

:

Initials of Preparer