**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **TREVON MAURICE MURRAY,** ) | |
| Petitioner, ) | **No. SACV 07-559-RGK (RCF)** |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **JOHN ACEVES, et al.** ) | |
| Respondents. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied with prejudice.


DATED:  <u>January 11, 2011</u>

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE